# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 mj 100

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| SETH WILLIS PICKERING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Dismiss (#8) filed by Don D. Gast, Assistant United States Attorney, to dismiss the Criminal Complaint and Warrant in the above referenced case. It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss (#8) in this matter is **ALLOWED** and the case is dismissed without prejudice.

Signed: November 3, 2016

Dennis L. Howell
United States Magistrate Judge

1